IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TWENTY FIRST CENTURY HOLINESS                                    PLAINTIFFS
TABERNACLE CHURCH, INC.;
ANGELA MORALES; SHARON ALAMO;
and SALLY DEMOULIN


VS.                              CASE NO. 13-CV-4037


LANDMARK INSURANCE COMPANY                                        DEFENDANT

## ORDER

Before the Court is Plaintiffs' Motion to Withdraw.  (ECF No. 26). Plaintiffs requests that their

Motion for Summary Judgment (ECF No. 9) be withdrawn.  Upon consideration, the Court finds that

the motion should be and hereby is **GRANTED**.

**IT IS SO ORDERED**, this 15th day of September, 2014.


                                        /s/ Susan O. Hickey
                                        Susan O. Hickey
                                        United States District Judge