IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TWENTY FIRST CENTURY HOLINESS                                         PLAINTIFFS
TABERNACLE CHURCH, INC.;
ANGELA MORALES; SHARON ALAMO;
and SALLY DEMOULIN

VS.                            CASE NO. 13-CV-4037

LANDMARK INSURANCE COMPANY                                            DEFENDANT

## ORDER

Before the Court is the parties' Stipulation of Dismissal Without Prejudice. (ECF No. 33). Pursuant to Federal Rule of Civil Procedure 41, the parties have stipulated to the dismissal of Plaintiffs' claims against Defendants without prejudice. Accordingly, Plaintiffs' claims against Defendants should be and hereby are **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 6th day of November, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge